# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RAYVON BOATMAN,

    Plaintiff,

v.   CASE NO. 4:04cv426-RH/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

## ORDER ON MOTION FOR PRELIMINARY
## INJUNCTION AND RELATED MOTIONS

    This is a civil rights action by a prisoner alleging denial of treatment for a serious medical condition. Plaintiff asserts he is HIV positive. He seeks damages and an injunction.

    Plaintiff has moved for a temporary restraining order and preliminary injunction. The magistrate judge has entered a report and recommendation concluding that the motion should be denied for failure to establish a reasonable likelihood of success on the merits and failure to establish irreparable harm. In response, plaintiff has filed objections to the report and recommendation. Plaintiff also has filed requests for disqualification of the magistrate judge, appointment of

counsel, and review of other orders of the magistrate judge, as well as a notice of appeal to the United States Court of Appeals for the Eleventh Circuit (despite the absence of any appealable order).

I have reviewed de novo the issues raised by plaintiff's objections to the report and recommendation, motion for disqualification, and motion for appointment of counsel, and I have reviewed the magistrate judge's non-case-dispositive orders under Federal Rule of Civil Procedure 72.

The magistrate judge concluded plaintiff had failed to demonstrate a reasonable likelihood of success on the merits because his second amended complaint (the relevant pleading at that time) was deficient. Plaintiff now has filed a third amended complaint. I conclude that further proceedings are necessary to determine whether plaintiff has a reasonable likelihood of success, because if, as plaintiff alleges, he has been denied necessary treatment for his HIV condition, he may indeed prevail on the merits. Further proceedings may consist of requiring a response to the motion by defendants with appropriate evidentiary support.[1]

The magistrate judge concluded plaintiff had failed to establish irreparable harm because he seeks, and if he prevails he presumably would be entitled to, an award of damages. But denial of medical care for a serious medical condition—

---

[1] This order imposes no requirements or limitations on the procedures the magistrate judge may employ to establish an adequate record for adjudication of this issue.

*Case No: 4:04cv426-RH/WCS*

*Page 3 of 4*

especially if, as plaintiff apparently alleges, the denial will cause a permanent and irreversible adverse effect on plaintiff's health—may constitute irreparable injury, even if damages might later be awarded. *See, e.g.*, *McDonald's Corp. v. Robertson*, 147 F.3d 1301, 1310 (11th Cir. 1998).

The magistrate judge's other orders are neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72. There is no basis for disqualification of the magistrate judge. As a matter of discretion, I deny plaintiff's request for appointment of counsel. I also deny leave to proceed *in forma pauperis* on appeal, because no appealable order has been entered and the appeal thus is not taken in good faith, as I hereby certify. *See* Fed. R. App. P. 24.

For these reasons,

IT IS ORDERED:

1. The report and recommendation is accepted in part and vacated in part for further proceedings before the magistrate judge.

2. Plaintiff's motions (documents 22 & 23) to disqualify the magistrate judge, for appointment of counsel, and for relief from certain non-case-dispositive orders entered by the magistrate judge are DENIED.

3. The clerk shall process plaintiff's notice of appeal (document 24). Leave to proceed on appeal *in forma pauperis* is DENIED.

4. This matter is remanded to the magistrate judge for further proceedings

not inconsistent with this order.

    SO ORDERED this 18th day of April, 2005.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge