## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RAYVON BOATMAN,**

      **Plaintiff,**

**vs.**                                                **Case Number 4:04cv426-RH/WCS**

**JAMES V. CROSBY, et al.,**

      **Defendants.**

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se* in this § 1983 civil rights action, has filed his fourth amended complaint, doc. 30.  Plaintiff simultaneously filed a document titled, "Plaintiff requests Court's response to the prior motion(s) by the Plaintiff and demands for relief."  Doc. 31.  In his motion, doc. 31, Plaintiff appears to seek relief from prior court orders.  A similar motion, doc. 22, was previously denied and this successive motion is as well.  Plaintiff has been required to present a civil complaint in an organized, standardized manner as is customary for all federal litigation and is required by the Federal Rules of Civil Procedure.  Court orders to Plaintiff have advised Plaintiff of the various deficiencies with his complaints and provided guidance to Plaintiff.  Such a process is provided to assist Plaintiff, considering the fact that he is *pro se*, and to insure that, when the complaint is served, the Defendants will be confronted with a

complaint which plainly sets forth the claims so that they may respond.  Litigants not proceeding *pro se* do not receive such assistance nor do they receive the continued opportunities to provide a viable complaint.  Plaintiff's motion for his unspecified relief, doc. 31, is denied.

As previously advised, this was Plaintiff's *final* opportunity to file a viable civil rights complaint.  The fourth amended complaint, doc. 30, filed by Plaintiff on May 16, 2005, will be addressed separately.

Accordingly, it is **ORDERED** that Plaintiff's motion, doc. 31, seeking relief from prior court orders, doc. 31, is **DENIED**.

**DONE AND ORDERED** on May 23, 2005.


**S/     William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**