# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

RAYVON L. BOATMAN,

      Plaintiff,

v.                                  CASE NO.  4:04cv426-RH/WCS

JAMES V. CROSBY, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 32), and the objections thereto (document 35). Plaintiff also has filed a motion to alter or amend the report and recommendation (document 36) and a memorandum in support of the motion to alter or amend (document 37).  I treat the motion to alter or amend and supporting memorandum as further objections.  I have reviewed de novo the issues raised by all of the objections.

I conclude that the report and recommendation is correct and that this action should be dismissed.

First, plaintiff has failed to respond accurately to the questionnaire required of pro se prisoner plaintiffs in this district listing his prior lawsuits, of which there are 40 or more.  Dismissal without prejudice is not too severe a sanction under these circumstances.  If the questionnaires are to serve their purpose, plaintiffs must answer the questions accurately.  If word got around the prisons that the questions could be answered inaccurately with no effective sanction, the questionnaires would serve little purpose.  And word does get around the prisons.

Second, plaintiff has failed to follow the instructions provided in the magistrate judge's prior orders and to cure deficiencies in his pleadings identified in those orders.  There is a limit to the disobedience to the letter and spirit of the court's rules and orders that must be tolerated for one litigant.  Indeed, this lawsuit is an example of the difficulty faced by this court—and perhaps all federal courts—in addressing the high volume of prisoner litigation.  It is important that this federal forum remain open and available, without undue delay, for the determination of bona fide prisoner complaints.  But prisoners who file case after case, and who refuse to comply with rules and orders designed to allow such cases to be addressed efficiently, but who instead file long and rambling and conclusory diatribes that obscure rather than clarify any real disputes, undermine the court's ability to get to and address any colorable claims of this or other prisoners.

Plaintiff's insistence on following his own rules, rather than the rules and orders of the court, will not do.

For these reasons and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  All pending motions are denied.  The fourth amended complaint (document 30) is dismissed for failure to comply with court orders and for failure to state a claim upon which relief may be granted.  The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 10th day of June, 2005.

s/Robert L. Hinkle
Chief United States District Judge